JUDGE LEISURE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE BOARD OF MANAGERS OF THE
195 HUDSON STREET CONDOMINIUM,

          *Plaintiff,*

– against –

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY,

          *Defendants.*
------------------------------------------------------------X

07 CIV 4058

Case No.

**RULE 7.1 STATEMENT**

RECEIVED
MAY 23 2007
U.S.D.C. S.D.N.Y.
CASHIERS

    Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Date:  New York, New York
        May 23, 2007

                                          Respectfully Submitted,

                                          JUDD BURSTEIN, P.C.

                                          By:_____
                                             Judd Burstein (JB-9585)
                                        1790 Broadway, Suite 1501
                                        New York, New York 10019
                                        (212) 974-2400
                                        *Attorneys for Plaintiff*