AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | May 24, 2007 |
| NAME OF SERVER (PRINT)  Andrew Jones | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): served Mel Marcus, Esq., authorized to accept for Lexington Insurance at 100 Summer Street Boston, MA 02110. Mel Marcus is approximately 40 years old, with grey hair and dark eyes and is caucasian.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 25, 2007
                    Date

*Signature of Server*

11 Beacon Street #720 Boston, Ma
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN  DISTRICT OF  NEW YORK

THE BOARD OF MANAGERS OF THE
195 HUDSON STREET CONDOMINIUM

**SUMMONS IN A CIVIL CASE**

V.

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY

CASE NUMBER: 07 CIV 4058

JUDGE LEISURE

TO: (Name and address of defendant)

Jeffrey M. Brown Associates, Inc.
2337 Philmont Avenue
Huntington Valley, Pennsylvania, 19006

Lexington Insurance Company
100 Summer Street
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, New York 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

MAY 23 2007
DATE

(BY) DEPUTY CLERK