# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07-CV-4058

Date Filed: 5/23/2007

Plaintiff:
**The Board of Managers of the 195 Hudson Street Condominium**

vs.

Defendant:
**Jeffrey M. Brown Associates, Inc. and Lexington Insurance Company**

For:
Judd Burstein, Esq.
Judd Burstein, P.C.
1790 Broadway
Suite 1501
New York, NY 10019

Received by Legal Ease to be served on **Jeffrey M. Brown Associates, Inc., 2337 Philmont Ave., Huntingdon Valley, PA 19006**.

I, Walt Thomas, being duly sworn, depose and say that on the **25th day of May, 2007** at **3:29 pm**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons & Complaint** to: **Joan Schlenkofer** as **Office Manager**, a person employed therein and authorized to accept service for **Jeffrey M. Brown Associates, Inc.** at the address of: **2337 Philmont Ave., Huntingdon Valley, PA 19006**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
Recipient was cooperative and accepted documents also provided phone # 215-938-5000.

**Description** of Person Served: Age: 40+, Sex: F, Race/Skin Color: White, Height: 5-6, Weight: 135, Hair: Red, Glasses: Y

I am over the age of 18 and have no interest in the above action.

Walt Thomas
Process Server

Subscribed and Sworn to before me on the 5th day of June, 2007 by the affiant who is personally known to me.

_Michael D. Talone_
NOTARY PUBLIC

**Legal Ease**
139 Fulton Street
New York, NY 10038
(212) 393-9070

Our Job Serial Number: 2007001402

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 12, 2011

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0a

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

THE BOARD OF MANAGERS OF THE
195 HUDSON STREET CONDOMINIUM

**SUMMONS IN A CIVIL CASE**

V.

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY

CASE NUMBER: 07 CIV 4058

JUDGE LEISURE

TO: (Name and address of defendant)

Jeffrey M. Brown Associates, Inc.
2337 Philmont Avenue
Huntington Valley, Pennsylvania, 19006

Lexington Insurance Company
100 Summer Street
Boston, Massachusetts 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Judd Burstein, P.C.
1790 Broadway, Suite 1501
New York, New York 10019

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                              MAY 23 2007

CLERK                                                                            DATE

(BY) DEPUTY CLERK