LSK&D #: 523-7015 / 886503
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/07
```

---------------------------------------------------------------x
BOARD OF MANAGERS OF THE 195
HUDSON STREET CONDOMINIUM,

                              Plaintiff,

              -against-

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY,

                             Defendants.
---------------------------------------------------------------x

07 CIV 4058 (PKL)

STIPULATION
AND ORDER

      IT IS STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants Lexington Insurance Company ("Lexington") and Jeffrey M. Brown Associates, Inc. to answer or move against the complaint of plaintiff Board of Managers of the 195 Hudson Street Condominium ("195 Hudson") is extended to August 1, 2007. In the event that 195 Hudson has not (i) obtained an entered judgment in the underlying state court action against K & J Construction Co., LP and (ii) served the entered judgment on Lexington's counsel by overnight mail by July 20, 2007, then Lexington's time to answer or move against the complaint in this action will be further extended until ten (10) days following 195 Hudson's service of the entered judgment on Lexington's counsel by overnight mail. In light of this agreement, Lexington agrees not to raise a procedural objection to 195 Hudson's complaint based on the contention that the declaratory judgment action is premature under New York Insurance Law § 3420 until 30 days have elapsed from 195 Hudson's service of notice of entry of the judgment in the underlying action.

Dated: New York, New York
       June 11, 2007

JUDD BURSTEIN, P.C.

By: _/s/ Judd Burstein_____
    Judd Burstein (JB- 9585)
1790 Broadway
Suite 1501
New York, New York 10019
(212) 974-2400
Attorneys for Plaintiff

RIVELIS, PAWA & BLUM, LLP

By:_____
    Howard Blum (HB-7052)
286 Madison Avenue, 14th Floor
New York, New York 10017
(212) 557-3000
Attorneys for Defendant
JEFFREY M. BROWN ASSOCIATES, INC.



LS K&D #: 523-7015 / 886503
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
BOARD OF MANAGERS OF THE 195
HUDSON STREET CONDOMINIUM,

                                         Plaintiff,

                    -against-

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY,

                                        Defendants.
------------------------------------------------------------x

07 CIV 4058 (PKL)

STIPULATION
AND ORDER

       IT IS STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendants Lexington Insurance Company ("Lexington") and Jeffrey M. Brown Associates, Inc. to answer or move against the complaint of plaintiff Board of Managers of the 195 Hudson Street Condominium ("195 Hudson") is extended to August 1, 2007. In the event that 195 Hudson has not (i) obtained an entered judgment in the underlying state court action against K & J Construction Co., LP and (ii) served the entered judgment on Lexington's counsel by overnight mail by July 20, 2007, then Lexington's time to answer or move against the complaint in this action will be further extended until ten (10) days following 195 Hudson's service of the entered judgment on Lexington's counsel by overnight mail. In light of this agreement, Lexington agrees not to raise a procedural objection to 195 Hudson's complaint based on the contention that the declaratory judgment action is premature under New York Insurance Law § 3420 until 30 days have elapsed from 195 Hudson's service of notice of entry of the judgment in the underlying action.

Dated: New York, New York
          June 11, 2007

JUDD BURSTEIN, P.C.

By: _____
    Judd Burstein (JB- 9585)
1790 Broadway
Suite 1501
New York, New York 10019
(212) 974-2400
Attorneys for Plaintiff

RIVELIS, PAWA & BLUM, LLP

By: _____
    Howard Blum (HB-7052)
286 Madison Avenue, 14th Floor
New York, New York 10017
(212) 557-3000
Attorneys for Defendant
JEFFREY M. BROWN ASSOCIATES, INC.

LESTER, SCHWAB, KATZ & DWYER, LLP

By: _____
       Aaron Brouk (AB-3401)
120 Broadway
New York, New York  10271
(212) 964-6611
Attorneys for Defendant
LEXINGTON INSURANCE COMPANY


SO ORDERED:            6/18/07
_____
Hon. Peter K. Leisure
Senior United States District Judge
Date: