RIVELIS, PAWA & BLUM, LLP
Howard Blum, Esq. (HB-7052)
Attorneys for Defendant
Jeffrey M. Brown Associates, Inc.
286 Madison Avenue, 14th Floor
New York, New York 10017
(212) 557-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BOARD OF MANAGERS OF THE 195 HUDSON
STREET CONDOMINIUM,                                               07 CIV 4058 (PKL)

                              Plaintiff,

     -against-

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY,

                              Defendants.
------------------------------------------------------------------X

## DEFENDANT'S NOTICE OF MOTION TO DISMISS

**COMES NOW** the Defendant, Jeffrey M. Brown Associates, Inc. ("JMB"), and respectfully requests this Honorable Court to dismiss Plaintiff's claims against this Defendant pursuant to Rule 12 (b) because the complaint fails to state a claim upon which relief can be granted. Dismissal is appropriate for the following reasons:

1.    Two (2) Justices of the Supreme Court of the State of New York, County of New York, have ruled that JMB is not the alter ego of non-party K&J Construction Co., LP.

2.    Plaintiff is precluded from suing JMB on the same claim here, based upon res judicata and collateral estoppel.

**PLEASE TAKE NOTICE**, that the undersigned will bring the above motion on for hearing before this Court at a date and time to be determined by the Court, at the United States Court House, 500 Pearl Street, New York, New York.

Dated: July 30, 2007

                                              Respectfully submitted,

                                              RIVELIS, PAWA & BLUM, LLP

                                              By: _____
                                                  Howard Blum, Esq. (HB 7052)
                                              Attorneys for Defendant
                                              Jeffrey M. Brown Associates, Inc.
                                              286 Madison Avenue, 14th Floor
                                              New York, New York 10017
                                              (212) 557-3000

hbdoc:c\brown-195 hudson.not mot dismiss

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record for Plaintiff, and sent copies by regular mail to:

JUDD BURSTEIN, P.C.
Judd Burstein, Esq.
Attorneys for Plaintiff
1790 Broadway, Ste. 1501
New York, New York 10019

Aaron Brouk, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
Attorneys for Lexington
3 Gannett Drive
White Plains, New York 10604

                                        RIVELIS, PAWA & BLUM, LLP

                                        By: _____
                                                Howard Blum, Esq.
                                                Attorneys for Defendant
                                                Jeffrey M. Brown Associates, Inc.
                                                286 Madison Avenue, 14th Floor
                                                New York, New York 10017
                                                (212) 557-3000