Exhibit 2

# CONSTRUCTION MANAGEMENT AGREEMENT

Between

## 195 HUDSON STREET ASSOCIATES, LLC

Owner,

- and -

## K & J CONSTRUCTION CO., LP

Construction Manager.

Premises: 195 Hudson Street
New York, New York

As of March 6, 1998

3666v1

EXH. 2



PLAINTIFF'S EXHIBIT 2