Exhibit 3

S+C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------ X

NORTHEAST RESTORATION CORP.,

                    Plaintiff,

        - against -

K & J CONSTRUCTION CO., LP,
195 HUDSON STREET ASSOCIATES, LLC and
RELIANCE INSURANCE COMPANY,

                    Defendants.

------------------------------------ X

Index No.: 00/602171
Filed 5/23/00
Plaintiff designates
New York County as
the place of trial
based on a
defendant's
residence.


SUMMONS

To the above named Defendants:

    YOU ARE HEREBY SUMMONED to answer the complaint in this
action and to serve a copy of your answer, or, if the complaint
is not served with this summons, to serve a notice of appearance,
on the plaintiff's attorneys within 20 days after the service of
this summons, exclusive of the day of service (or within 30 days
after the service is complete if this summons is not personally
delivered to you within the State of New York); and in case of
your failure to appear or answer, judgment will be taken against
you by default for the relief demanded in the complaint.


Dated: New York, New York
       May 23, 2000


                    VANERIA & SESTI LLP


                    By: _____
                        Robert A. Sesti, Esq.
                        Attorneys for Plaintiff
                        641 Lexington Avenue
                        New York, New York 10022
                        212-753-1800


EXH. 3