Exhibit 5

11/2002 18:01 FAX 2129658307          SYNCHRON CORP          → ROSS & COHEN          ☒004

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------X

NORTHEAST RESTORATION CORP.,

          Plaintiff,

  - against -

BOARD OF MANAGERS OF THE 195 HUDSON
STREET CONDOMINIUM, 195 HUDSON STREET
ASSOCIATES, LLC and JEFFREY M. BROWN
ASSOCIATES, INC.,

          Defendants.

---------------------------------------------------------X

Index No.: 02 - 600664
Date Filed: @ 2/19/02

Plaintiff designates
New York County as the
place of trial.

SUMMONS
WITH NOTICE

NEW YORK
COUNTY CLERK'S OFFICE

FEB 19 2002

NOT COMPARED
WITH COPY FILED

To the above named Defendants:

    **YOU ARE HEREBY SUMMONED** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the plaintiff's attorneys within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default in the sum of $168,057.00, plus interest, attorneys' fees and the costs and disbursements of the action.

Dated: New York, New York
       February 15, 2002

*[signature]*
Robert A. Sesti, Esq.
VANERIA & SESTI LLP
Attorneys for Plaintiff
641 Lexington Avenue
New York, New York 10022
(212) 753-1800

EXH. 5