Exhibit 6

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X

NORTHEAST RESTORATION CORP.,

                Plaintiff,

        - against -

BOARD OF MANAGERS OF THE 195 HUDSON
STREET CONDOMINIUM, 195 HUDSON STREET
ASSOCIATES, LLC and JEFFREY M. BROWN
ASSOCIATES, INC.,

                Defendants.

------------------------------------------------------------------X

Index No.: 02-600664
Filed: 2/19/02

**COMPLAINT**

    Plaintiff, Northeast Restoration Corp., by its attorneys, Vaneria & Sesti LLP, complaining of the defendants herein, alleges as follows:

    1.    That at all times hereinafter mentioned, plaintiff, Northeast Restoration Corp. ("Northeast"), was and still is a corporation duly organized and existing under the laws of the State of New York, having its principal place of business in the County of Bronx, City and State of New York.

    2.    That at all times hereinafter mentioned, upon information and belief, defendant, Board of Managers of The 195 Hudson Street Condominium (the "Board"), was and still is an unincorporated association duly organized and existing under the laws of the State of New York, having its principal place of business at 195 Hudson Street, New York, New York.

    3.    That at all times hereinafter mentioned, upon information and belief, the Board was and still is a corporation duly organized and existing under the laws of the State of New York, having its principal place of business at 195 Hudson Street, New York, New York.

EXH. 6