RECYCLED

Case 1:07-cv-04058-PKL    Document 11-9    Filed 07/31/2007    Page 1 of 2

Exhibit 8

SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT:   Hon. EDWARD H. LEHNER                    PART  19
                                Justice

---

NORTHEAST RESTORATION CORP.,

        Plaintiff,

-against-

BOARD OF MANAGERS OF THE 195 HUDSON STREET CONDOMINIUM, 195 HUDSON STREET ASSOCIATES, LLC and JEFFREY M. BROWN ASSOCIATES, INC.,

        Defendants.

INDEX NO. 600664/02

MOTION DATE  11/8/02

MOTION SEQ. NO.  001

NYS SUPREME COURT RECEIVED FEB 1 3 2003 I.A.S. MOTION SUPPORT OFFICE

FILED FEB 2 1 2003 NEW YORK COUNTY CLERK'S OFFICE

The following papers, numbered 1 to _____ were read on this motion for

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion:   ☐ Yes   ☐ No

    Upon the foregoing papers, it is ordered that this motion by defendant Jeffrey M. Brown Associates, Inc. ("Brown") to dismiss the complaint as against it pursuant to CPLR 3211(a)1 which, without objection, was converted to a motion for summary judgment is granted, and the clerk shall enter judgment accordingly, severing the action against the other defendants.

    The action against Brown is based on an alter ego theory. Although permission was granted after conversion for the submission of additional papers, no further affidavits were submitted. The general rules on piercing the corporate veil were set forth in Morris v. New York State Department of Taxation and Finance, 82 NY2d 135 (1993), as follows (pp. 141-142):

> "...piercing the corporate veil requires a showing that: (1) the owners exercised complete domination of the corporation in respect to the transaction attacked; and (2) that such domination was used to commit a fraud or wrong against the plaintiff which resulted in plaintiff's injury.

\* \* \*

EXH. 8

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE

Check one:   ☐ FINAL DISPOSITION   ☒ NON-FINAL DISPOSITION