Exhibit 9

NOV. 6. 2003  3:32PM    JEFFERY M. BROWN                                NO. 6746    P. 4

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------- x

BOARD OF MANAGERS OF THE 195 HUDSON
STREET CONDOMINIUM,
           Plaintiff,

-against-

195 HUDSON STREET ASSOCIATES, LLC; 195
HUDSON ASSOCIATES, LLC, STEVEN
BLUMENTHAL, SYNCHRON ACQUISITION CORP.,
K&J CONSTRUCTION CO., LP,
PERFIDO & WEISKOPF ARCHITECTS,
KALLEN & LEMELSON CONSULTING
ENGINEERS, LLP and JEFFREY M. BROWN
ASSOCIATES, INC.
           Defendants.

-------------------------------------------------------------- x

Index No. 118784 03
Date of Filing: October 29, 2003

Plaintiff Designates New York
County as the place of trial.

The basis of venue is the location
of the Plaintiff 195 Hudson Street
Condominium

SUMMONS

YOU ARE HEREBY SUMMONED TO ANSWER THE COMPLAINT in this action and to serve a copy of your answer on plaintiff's attorneys within twenty (20) days after the service of this Summons, exclusive of the day of service, or within thirty (30) days after the service is complete if the Summons is not personally delivered to you within the State of New York; and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, New York
    October 29, 2003

BRAVERMAN & ASSOCIATES, P.C.

By: _____
  Edward T. Braverman
Attorneys for Plaintiff
331 Madison Avenue
New York, New York 10017
(212) 682-2900

EXH. 9