RECYCLED

Exhibit 11

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------- x

BOARD OF MANAGERS OF THE 195 HUDSON STREET CONDOMINIUM,

                            Plaintiff,

-against-

195 HUDSON STREET ASSOCIATES, LLC, 195 HUDSON ASSOCIATES, LLC, STEVEN BLUMENTHAL, SYNCHRON ACQUISITION CORP. K&J CONSTRUCTION CO., LP, PERFIDO WEISKOPF ARCHITECTS, KALLEN & LEMELSON CONSULTING ENGINEERS, LLP, JEFFREY M. BROWN ASSOCIATES, INC., NEVERSINK CONSTRUCTION CORP., NEVERSINK GLASS CORP., NORTHEAST RESTORATION CORP., GONZALEZ CONSTRUCTION, LLC, MARSHALL COHEN and CHRISTINE MALLOY,

                            Defendants.

-------------------------------------------------------------- x

Index No. 118784/03
Date of Filing: February 10, 2004

Plaintiff Designates New York County as the place of trial.

The basis of venue is the location of the Plaintiff 195 Hudson Street Condominium

SUPPLEMENTAL SUMMONS

YOU ARE HEREBY SUMMONED TO ANSWER THE FIRST AMENDED AND SUPPLEMENTAL VERIFIED COMPLAINT in this action and to serve a copy of your answer on plaintiff's attorneys within twenty (20) days after the service of this Supplemental Summons, exclusive of the day of service, or within thirty (30) days after the service is complete if the Summons is not personally delivered to you within the State of New York; and in the case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the First Amended and Supplemental Verified Complaint.

Dated: New York, New York
        February 9, 2004

EXH. 11