Exhibit 12

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
BOARD OF MANAGERS OF THE 195 HUDSON
STREET CONDOMINIUM

                        *Plaintiff*,

                -against-

195 HUDSON STREET ASSOCIATES, LLC, 195
HUDSON ASSOCIATES, LLC, STEVEN BLUMENTHAL,
SYNCHRON ACQUISITION CORP. K&J
CONSTRUCTION CO., LP, PERFIDO WEISKOPF
ARCHITECTS, KALLEN & LEMELSON CONSULTING
ENGINEERS, LLP, JEFFREY M. BROWN ASSOCIATES,
INC., NEVERSINK CONSTRUCTION CORP.,
NEVERSINK GLASS CORP., NORTHEAST
RESTORATION CORP., GONZALEZ CONSTRUCTION,
LLC, MARSHALL COHEN and CHRISTINE MALLOY,

                        *Defendants*.
----------------------------------------------------------------X

Index No. 118784/03

**SECOND AMENDED
AND SUPPLEMENTAL
<u>VERIFIED COMPLAINT</u>**

       Plaintiff, the BOARD OF MANAGERS OF THE 195 HUDSON STREET CONDOMINIUM ("Condo" or "Plaintiff"), by its attorneys, Judd Burstein, P.C., as and for its second amended and supplemental verified complaint, alleges as follows:

       1.    The BOARD OF MANAGERS (the "Board") manages, operates and represents plaintiff 195 HUDSON STREET CONDOMINIUM, a condominium association organized and established pursuant to New York State Real Property Law.

       2.    Upon information and belief, defendant 195 HUDSON STREET ASSOCIATES, LLC ("195 HSA") is a general partnership that was and is the developer and sponsor of the 195 Hudson Street Condominium, with a principal place of business located at 155 Spring Street, 2d Floor, New York, New York.

EXH. 12