08/08/2007  13:10    2125575051    HOWARD BLUM    PAGE 02

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
THE BOARD OF MANAGERS OF THE
195 HUDSON STREET CONDOMINIUM,

    Plaintiff,

— against —

JEFFREY M. BROWN ASSOCIATES, INC. and
LEXINGTON INSURANCE COMPANY,

    Defendants.
---------------------------------------X

Hon. Peter K. Leisure

Civil Docket No.
07-CV-4058-PKL

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the parties that the time for Plaintiff The Board of Managers of the 195 Hudson Street Condominium ("The Board") to file Answering Papers to Defendant Jeffrey M. Brown Associates, Inc.'s ("JMB") Motion to Dismiss the Complaint, filed on July 30, 2007, is hereby extended to and including August 30, 2007.

IT IS FURTHER STIPULATED AND AGREED THAT the time for Defendant JMB to file Reply Papers, if any, to Plaintiff The Board's Answering Papers, is hereby extended to September 14, 2007.

08/08/2007  13:18    2125575051              HOWARD BLUM                      PAGE  03

For purposes of this stipulation, faxed and electronically transmitted signatures will be deemed original.

JUDD BURSTEIN, P.C.

By: *[signature]*
Alexander M. Levy (AL-2351)
1790 Broadway, Suite 1501
New York, New York 10019
Tel:  (212) 974-2400
Fax:  (212) 974-2944
*Attorneys for Plaintiff*
*The Board of Managers of the*
*195 Hudson Street Condominium*

RIVELIS, PAWA & BLUM, LLP

By: *[signature]*
Howard Blum (HB-7052)
286 Madison Avenue, 14th Floor
New York, New York 10017
Tel:  (212) 557-3000
Fax:  (212) 557-5051
*Attorneys for Defendant*
*Jeffrey M. Brown Associates, Inc.*

**SO ORDERED:** 8/09/07

*[signature]*
U.S.D.J.