LSK&D #: 523-7015 / 914401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BOARD OF MANAGERS OF THE
195 HUDSON STREET CONDOMINIUM,

                    Plaintiff,

-against-

JEFFREY M. BROWN ASSOCIATES, INC.
and LEXINGTON INSURANCE COMPANY,

                    Defendants.
------------------------------------------------------------------x

07 CIV 4058
(PKL) (HBP)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel on behalf of defendant Lexington Insurance Company.

Dated:    New York, New York
            August 27, 2007

                                      Yours, etc.

                                      LESTER SCHWAB KATZ & DWYER, LLP

                                      Aaron Brouk (AB-3401)
                                      Attorneys for Defendant
                                      **LEXINGTON INSURANCE COMPANY**
                                      120 Broadway
                                      New York, New York 10271
                                      (212) 964-6611

TO:

Judd Burstein, Esq. (JB-9585)
JUDD BURSTEIN, P.C.
Attorneys for Plaintiff
1790 Broadway
Suite 1501
New York, New York 10019
(212) 974-2400

Howard Blum, Esq.
RIVELIS, PAWA & BLUM, LLP
Attorneys for Co-Defendant
**JEFFREY M. BROWN ASSOCIATES, INC.**
286 Madison Avenue, 14th Floor
New York, New York  10017
(212) 557-3000

## Declaration of Service

I served the annexed **NOTICE OF APPEARANCE** by first-class mail on the following persons on August 27, 2007:

Judd Burstein, Esq. (JB-9585)
JUDD BURSTEIN, P.C.
Attorneys for Plaintiff
1790 Broadway
Suite 1501
New York, New York  10019

Howard Blum, Esq. (HB-7052)
RIVELIS, PAWA & BLUM, LLP
Attorneys for Co-Defendant
**JEFFREY M. BROWN ASSOCIATES, INC.**
286 Madison Avenue, 14th Floor
New York, New York  10017

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2007.

AARON BROUK (AB-3401)