LSK&D #: 523-7015 / 914395
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BOARD OF MANAGERS OF THE 195
HUDSON STREET CONDOMINIUM,

                        Plaintiff,

    -against-

JEFFREY M. BROWN ASSOCIATES, INC.
and LEXINGTON INSURANCE COMPANY,

                        Defendants.
-----------------------------------------------------------------x

07 CIV 4058
(PKL) (HBP)

**RULE 7.1 DISCLOSURE STATEMENT**

To enable the judges and magistrates of the Court to evaluate possible disqualification or recusal, Lexington Insurance Company ("Lexington"), by its attorneys, Lester Schwab Katz & Dwyer, LLP, certifies the following information to the Court:

Lexington is a partially owned subsidiary of National Union Fire Insurance Company of Pittsburgh, Pa., ("National Union"), the Insurance Company of the State of Pennsylvania and Birmingham Fire Ins. Co. ("Birmingham"). National Union, the Insurance Company of the State of Pennsylvania and Birmingham are wholly owned subsidiaries of American International Group, Inc. ("AIG"). AIG is the only publicly traded parent company, with a primary listing on the New York Stock Exchange.

Dated:    New York, New York
            August 27, 2007

                     Yours, etc.

                     LESTER SCHWAB KATZ & DWYER, LLP

                     _____
                     Aaron Brouk (AB-3401)
                     Attorneys for Defendant
                     **LEXINGTON INSURANCE COMPANY**
                     120 Broadway
                     New York, New York 10271
                     (212) 964-6611

TO:

Judd Burstein, Esq. (JB-9585)
JUDD BURSTEIN, P.C.
Attorneys for Plaintiff
1790 Broadway
Suite 1501
New York, New York  10019
(212) 974-2400

Howard Blum, Esq.
RIVELIS, PAWA & BLUM, LLP
Attorneys for Co-Defendant
**JEFFREY M. BROWN ASSOCIATES, INC.**
286 Madison Avenue, 14th Floor
New York, New York  10017
(212) 557-3000

## Declaration of Service

I served the annexed RULE 7.1 DISCLOSURE STATEMENT by first-class mail on the following persons on August 27, 2007:

Judd Burstein, Esq. (JB-9585)
JUDD BURSTEIN, P.C.
Attorneys for Plaintiff
1790 Broadway
Suite 1501
New York, New York  10019
Tel:  (212) 974-2400

Howard Blum, Esq. (HB-7052)
RIVELIS, PAWA & BLUM, LLP
Attorneys for Co-Defendant
JEFFREY M. BROWN ASSOCIATES, INC.
286 Madison Avenue, 14th Floor
New York, New York  10017
Tel:  (212) 557-3000

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2007.

AARON BROUK (AB-3401)