# EXHIBIT D

```
CCOAMINI            SUPREME COURT - STATE OF NEW YORK      DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:49:14
PURCHASE: 05232000          CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,        ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE               MINUTES
0001 05232000           SUMMONS AND VERIFIED COMPLAINT


0001 08162000           VERIFIED REPLY


0001 11092000           SHORT FORM ORDER IAS PART 53


0001 01082001           PRELIMINARY CONFERENCE ORDER


0001 03302001           ORDER IAS PART 19 SEQ. 01, MOTION IS
                        WITHDRAWN.

0001 07112001           SO ORDERED STIPULATION


0001 10162001           SO ORDERED STIPULATION


0001 01162002           SO ORDERED STIPULATION


0001 02142002           ORDER IAS PART 19 SEQ 02 DECIDED WITH
                        ACCOMP. MEMORANDUM DECISION

0001 03202002           NOTICE OF APPEAL #0768


0001 04042002           APPELLATE DIVISION RECEIPT


0001 04162002           SO ORDERED STIPULATION


0001 05142002           CONSENT TO CHANGE ATTORNEY


0001 05312002           ORDER IAS PART 19 SEQ. 003, SE ORDER AND
                        DECISION.

0001 06192002           SO ORDERED STIPULATION


0001 08292002           ORDER IAS PART 19 SEQ 004 GRANTED


0001 09102002           NOTICE OF ENTRY


                             PAGE -   1
```

```
    CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:49:14
PURCHASE: 05232000             CIVIL INDEX MINUTE BOOK INQUIRY

PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE                MINUTES
0001 09162002            600664/02 CONSOLIDATED WITH 602171/00
                         BY ORDER FILED 8/29/02.  SEE ORIGINAL
                         MINUTES.  NG/JD
0001 09192002            NOTICE OF ENTRY


0001 10022002            ORDER IAS PART 19 SEQ. 005, MOTION IS
                         WITHDRAWN.

0001 10162002            STIPULATION ADJOURNING CONFERENCES TO
                         11/08/2002.

0001 11182002            ORDER OF REFERENCE


0001 11262002            ORDER IAS PART 19, ORDER TO SHOW CAUSE
                         IS DENIED.

0001 01292003            SO ORDERED STIPULATION


0001 02212003            PRELIMINARY CONFERENCE ORDER, ANSWER AND
                         AFFIRMATION WITH TRANSCRIPT.

0001 03042003            ORDER IAS PART 19 SEQ 07 DENIED


0001 04042003            REMITTITUR


0001 04082003            JUDGMENT - SD 04/11/03


0001 04162003            NOTICE OF APPEAL #988


0001 05052003            SO ORDERED STIPULATION


0001 08012003            STIPULATION


0001 02092004            CONSENT TO CHANGE ATTORNEY


0001 05112004            ORDER IAS PART 19 SEQ 008,009 DECIDED W/
                         ACCOMP.MEMORANDUM DECISION.

0001 05132004            COPY ORDER/NOTICE OF ENTRY
```

```
       CCOAMINI              SUPREME COURT - STATE OF NEW YORK          DATE: 08/03/2007
INDEX NO: 602171 2000   OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY   TIME: 09:49:14
PURCHASE: 05232000              CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE                MINUTES
0001 05172004            NOTICE OF ENTRY


0001 06032004            STIPULATION OF SETTLEMENT


0001 06042004            JUDGMENT - SD 06/07/04


0001 07282004            NOTICE OF APPEAL #2012


0001 08102004            APPELLATE DIVISION RECEIPT #2012


0001 10052004            ORDER IAS PART 19 SEQ 010 DENIED


0001 11162004            LETTER


                              PAGE -    3
```

```
     CCOAMINI            SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602172 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:49:29
PURCHASE: 05232000           CIVIL INDEX MINUTE BOOK INQUIRY

PLAINTIFF NAME: NATIONAL MANAGEMENT   DEFENDANT NAME: HOME INSURANCE COMP
      ATTORNEY: MARTIN & TAUB, LLP          ATTORNEY: UNKNOWN
                1350 AVENUE OF THE
                NEW YORK, NEW YORK
                (212) 265-8600
SEQ  DATE                  MINUTES
0001 05232000              UNSIGNED ORDER TO SHOW CAUSE AND
                           AFFIRMATION IN SUPPORT & VERIFIED
                           PETITION
0001 06232000              SHORT FORM ORDER IAS PART 21 SEQ 01 SEE
                           DISPOSITION


                           PAGE -   1
```

```
  CCOAMINI              SUPREME COURT - STATE OF NEW YORK         DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:08
PURCHASE: 05232000           CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,        ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE                 MINUTES
0001 05232000             SUMMONS AND VERIFIED COMPLAINT


0001 08162000             VERIFIED REPLY


0001 11092000             SHORT FORM ORDER IAS PART 53


0001 01082001             PRELIMINARY CONFERENCE ORDER


0001 03302001             ORDER IAS PART 19 SEQ. 01, MOTION IS
                          WITHDRAWN.

0001 07112001             SO ORDERED STIPULATION


0001 10162001             SO ORDERED STIPULATION


0001 01162002             SO ORDERED STIPULATION


0001 02142002             ORDER IAS PART 19 SEQ 02 DECIDED WITH
                          ACCOMP. MEMORANDUM DECISION

0001 03202002             NOTICE OF APPEAL #0768


0001 04042002             APPELLATE DIVISION RECEIPT


0001 04162002             SO ORDERED STIPULATION


0001 05142002             CONSENT TO CHANGE ATTORNEY


0001 05312002             ORDER IAS PART 19 SEQ. 003, SE ORDER AND
                          DECISION.

0001 06192002             SO ORDERED STIPULATION


0001 08292002             ORDER IAS PART 19 SEQ 004 GRANTED


0001 09102002             NOTICE OF ENTRY



                             PAGE -   1
```

```
CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:08
PURCHASE: 05232000         CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,        ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE                MINUTES
0001 09162002            600664/02 CONSOLIDATED WITH 602171/00
                         BY ORDER FILED 8/29/02.  SEE ORIGINAL
                         MINUTES.  NG/JD
0001 09192002            NOTICE OF ENTRY


0001 10022002            ORDER IAS PART 19 SEQ. 005, MOTION IS
                         WITHDRAWN.

0001 10162002            STIPULATION ADJOURNING CONFERENCES TO
                         11/08/2002.

0001 11182002            ORDER OF REFERENCE


0001 11262002            ORDER IAS PART 19, ORDER TO SHOW CAUSE
                         IS DENIED.

0001 01292003            SO ORDERED STIPULATION


0001 02212003            PRELIMINARY CONFERENCE ORDER, ANSWER AND
                         AFFIRMATION WITH TRANSCRIPT.

0001 03042003            ORDER IAS PART 19 SEQ 07 DENIED


0001 04042003            REMITTITUR


0001 04082003            JUDGMENT - SD 04/11/03


0001 04162003            NOTICE OF APPEAL #988


0001 05052003            SO ORDERED STIPULATION


0001 08012003            STIPULATION


0001 02092004            CONSENT TO CHANGE ATTORNEY


0001 05112004            ORDER IAS PART 19 SEQ 008,009 DECIDED W/
                         ACCOMP.MEMORANDUM DECISION.

0001 05132004            COPY ORDER/NOTICE OF ENTRY
```

```
      CCOAMINI              SUPREME COURT - STATE OF NEW YORK         DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:08
PURCHASE: 05232000            CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE                  MINUTES
0001 05172004              NOTICE OF ENTRY


0001 06032004              STIPULATION OF SETTLEMENT


0001 06042004              JUDGMENT - SD 06/07/04


0001 07282004              NOTICE OF APPEAL #2012


0001 08102004              APPELLATE DIVISION RECEIPT #2012


0001 10052004              ORDER IAS PART 19 SEQ 010 DENIED


0001 11162004              LETTER



                              PAGE -   3
```

```
  CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:28
PURCHASE: 05232000           CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,        ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
 SEQ  DATE             MINUTES
 0001 05232000         SUMMONS AND VERIFIED COMPLAINT


 0001 08162000         VERIFIED REPLY


 0001 11092000         SHORT FORM ORDER IAS PART 53


 0001 01082001         PRELIMINARY CONFERENCE ORDER


 0001 03302001         ORDER IAS PART 19 SEQ. 01, MOTION IS
                       WITHDRAWN.

 0001 07112001         SO ORDERED STIPULATION


 0001 10162001         SO ORDERED STIPULATION


 0001 01162002         SO ORDERED STIPULATION


 0001 02142002         ORDER IAS PART 19 SEQ 02 DECIDED WITH
                       ACCOMP. MEMORANDUM DECISION

 0001 03202002         NOTICE OF APPEAL #0768


 0001 04042002         APPELLATE DIVISION RECEIPT


 0001 04162002         SO ORDERED STIPULATION


 0001 05142002         CONSENT TO CHANGE ATTORNEY


 0001 05312002         ORDER IAS PART 19 SEQ. 003, SE ORDER AND
                       DECISION.

 0001 06192002         SO ORDERED STIPULATION


 0001 08292002         ORDER IAS PART 19 SEQ 004 GRANTED


 0001 09102002         NOTICE OF ENTRY
```

```
     CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000   OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY   TIME: 09:50:28
PURCHASE: 05232000            CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI    DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,          ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE                 MINUTES
0001 09162002             600664/02 CONSOLIDATED WITH 602171/00
                          BY ORDER FILED 8/29/02.  SEE ORIGINAL
                          MINUTES.  NG/JD
0001 09192002             NOTICE OF ENTRY


0001 10022002             ORDER IAS PART 19 SEQ. 005, MOTION IS
                          WITHDRAWN.


0001 10162002             STIPULATION ADJOURNING CONFERENCES TO
                          11/08/2002.


0001 11182002             ORDER OF REFERENCE


0001 11262002             ORDER IAS PART 19, ORDER TO SHOW CAUSE
                          IS DENIED.


0001 01292003             SO ORDERED STIPULATION


0001 02212003             PRELIMINARY CONFERENCE ORDER, ANSWER AND
                          AFFIRMATION WITH TRANSCRIPT.


0001 03042003             ORDER IAS PART 19 SEQ 07 DENIED


0001 04042003             REMITTITUR


0001 04082003             JUDGMENT - SD 04/11/03


0001 04162003             NOTICE OF APPEAL #988


0001 05052003             SO ORDERED STIPULATION


0001 08012003             STIPULATION


0001 02092004             CONSENT TO CHANGE ATTORNEY


0001 05112004             ORDER IAS PART 19 SEQ 008,009 DECIDED W/
                          ACCOMP.MEMORANDUM DECISION.

0001 05132004             COPY ORDER/NOTICE OF ENTRY


                                  PAGE -   2
```

```
    CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:28
PURCHASE: 05232000            CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,        ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE                  MINUTES
0001 05172004              NOTICE OF ENTRY


0001 06032004              STIPULATION OF SETTLEMENT


0001 06042004              JUDGMENT - SD 06/07/04


0001 07282004              NOTICE OF APPEAL #2012


0001 08102004              APPELLATE DIVISION RECEIPT #2012


0001 10052004              ORDER IAS PART 19 SEQ 010 DENIED


0001 11162004              LETTER



                           PAGE -   3
```

```
        CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602172 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:35
PURCHASE: 05232000           CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NATIONAL MANAGEMENT   DEFENDANT NAME: HOME INSURANCE COMP
      ATTORNEY: MARTIN & TAUB, LLP          ATTORNEY: UNKNOWN
                1350 AVENUE OF THE
                NEW YORK, NEW YORK
                (212) 265-8600
SEQ  DATE                   MINUTES
0001 05232000               UNSIGNED ORDER TO SHOW CAUSE AND
                            AFFIRMATION IN SUPPORT & VERIFIED
                            PETITION
0001 06232000               SHORT FORM ORDER IAS PART 21 SEQ 01 SEE
                            DISPOSITION


                       PAGE -   1
```

```
CCOAMINI                SUPREME COURT - STATE OF NEW YORK      DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:59
PURCHASE: 05232000          CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE              MINUTES
0001 05232000          SUMMONS AND VERIFIED COMPLAINT


0001 08162000          VERIFIED REPLY


0001 11092000          SHORT FORM ORDER IAS PART 53


0001 01082001          PRELIMINARY CONFERENCE ORDER


0001 03302001          ORDER IAS PART 19 SEQ. 01, MOTION IS
                       WITHDRAWN.

0001 07112001          SO ORDERED STIPULATION


0001 10162001          SO ORDERED STIPULATION


0001 01162002          SO ORDERED STIPULATION


0001 02142002          ORDER IAS PART 19 SEQ 02 DECIDED WITH
                       ACCOMP. MEMORANDUM DECISION

0001 03202002          NOTICE OF APPEAL #0768


0001 04042002          APPELLATE DIVISION RECEIPT


0001 04162002          SO ORDERED STIPULATION


0001 05142002          CONSENT TO CHANGE ATTORNEY


0001 05312002          ORDER IAS PART 19 SEQ. 003, SE ORDER AND
                       DECISION.

0001 06192002          SO ORDERED STIPULATION


0001 08292002          ORDER IAS PART 19 SEQ 004 GRANTED


0001 09102002          NOTICE OF ENTRY
```

```
    CCOAMINI              SUPREME COURT - STATE OF NEW YORK       DATE: 08/03/2007
 INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:59
 PURCHASE: 05232000            CIVIL INDEX MINUTE BOOK INQUIRY

 PLAINTIFF NAME: NORTHEAST RESTORATI    DEFENDANT NAME: K&J CONSTRUCTION CO
       ATTORNEY: SESTI & ASSOCIATES,          ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
 SEQ  DATE                  MINUTES
 0001 09162002              600664/02 CONSOLIDATED WITH 602171/00
                            BY ORDER FILED 8/29/02.  SEE ORIGINAL
                            MINUTES.  NG/JD
 0001 09192002              NOTICE OF ENTRY


 0001 10022002              ORDER IAS PART 19 SEQ. 005, MOTION IS
                            WITHDRAWN.

 0001 10162002              STIPULATION ADJOURNING CONFERENCES TO
                            11/08/2002.

 0001 11182002              ORDER OF REFERENCE


 0001 11262002              ORDER IAS PART 19, ORDER TO SHOW CAUSE
                            IS DENIED.

 0001 01292003              SO ORDERED STIPULATION


 0001 02212003              PRELIMINARY CONFERENCE ORDER, ANSWER AND
                            AFFIRMATION WITH TRANSCRIPT.

 0001 03042003              ORDER IAS PART 19 SEQ 07 DENIED


 0001 04042003              REMITTITUR


 0001 04082003              JUDGMENT - SD 04/11/03


 0001 04162003              NOTICE OF APPEAL #988


 0001 05052003              SO ORDERED STIPULATION


 0001 08012003              STIPULATION


 0001 02092004              CONSENT TO CHANGE ATTORNEY


 0001 05112004              ORDER IAS PART 19 SEQ 008,009 DECIDED W/
                            ACCOMP.MEMORANDUM DECISION.

 0001 05132004              COPY ORDER/NOTICE OF ENTRY
```

```
   CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000   OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:50:59
PURCHASE: 05232000           CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE                  MINUTES
0001 05172004              NOTICE OF ENTRY


0001 06032004              STIPULATION OF SETTLEMENT


0001 06042004              JUDGMENT - SD 06/07/04


0001 07282004              NOTICE OF APPEAL #2012


0001 08102004              APPELLATE DIVISION RECEIPT #2012


0001 10052004              ORDER IAS PART 19 SEQ 010 DENIED


0001 11162004              LETTER



                            PAGE -    3
```

```
CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:51:36
PURCHASE: 05232000          CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE             MINUTES
0001 05232000         SUMMONS AND VERIFIED COMPLAINT


0001 08162000         VERIFIED REPLY


0001 11092000         SHORT FORM ORDER IAS PART 53


0001 01082001         PRELIMINARY CONFERENCE ORDER


0001 03302001         ORDER IAS PART 19 SEQ. 01, MOTION IS
                      WITHDRAWN.

0001 07112001         SO ORDERED STIPULATION


0001 10162001         SO ORDERED STIPULATION


0001 01162002         SO ORDERED STIPULATION


0001 02142002         ORDER IAS PART 19 SEQ 02 DECIDED WITH
                      ACCOMP. MEMORANDUM DECISION

0001 03202002         NOTICE OF APPEAL #0768


0001 04042002         APPELLATE DIVISION RECEIPT


0001 04162002         SO ORDERED STIPULATION


0001 05142002         CONSENT TO CHANGE ATTORNEY


0001 05312002         ORDER IAS PART 19 SEQ. 003, SE ORDER AND
                      DECISION.

0001 06192002         SO ORDERED STIPULATION


0001 08292002         ORDER IAS PART 19 SEQ 004 GRANTED


0001 09102002         NOTICE OF ENTRY
```

```
     CCOAMINI           SUPREME COURT - STATE OF NEW YORK       DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:51:36
PURCHASE: 05232000            CIVIL INDEX MINUTE BOOK INQUIRY

PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE                MINUTES
0001 09162002            600664/02 CONSOLIDATED WITH 602171/00
                         BY ORDER FILED 8/29/02.  SEE ORIGINAL
                         MINUTES.  NG/JD
0001 09192002            NOTICE OF ENTRY


0001 10022002            ORDER IAS PART 19 SEQ. 005, MOTION IS
                         WITHDRAWN.


0001 10162002            STIPULATION ADJOURNING CONFERENCES TO
                         11/08/2002.


0001 11182002            ORDER OF REFERENCE


0001 11262002            ORDER IAS PART 19, ORDER TO SHOW CAUSE
                         IS DENIED.


0001 01292003            SO ORDERED STIPULATION


0001 02212003            PRELIMINARY CONFERENCE ORDER, ANSWER AND
                         AFFIRMATION WITH TRANSCRIPT.


0001 03042003            ORDER IAS PART 19 SEQ 07 DENIED


0001 04042003            REMITTITUR


0001 04082003            JUDGMENT - SD 04/11/03


0001 04162003            NOTICE OF APPEAL #988


0001 05052003            SO ORDERED STIPULATION


0001 08012003            STIPULATION


0001 02092004            CONSENT TO CHANGE ATTORNEY


0001 05112004            ORDER IAS PART 19 SEQ 008,009 DECIDED W/
                         ACCOMP.MEMORANDUM DECISION.

0001 05132004            COPY ORDER/NOTICE OF ENTRY
```

```
   CCOAMINI              SUPREME COURT - STATE OF NEW YORK         DATE: 08/03/2007
INDEX NO: 602171 2000  OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:51:36
PURCHASE: 05232000          CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: K&J CONSTRUCTION CO
      ATTORNEY: SESTI & ASSOCIATES,         ATTORNEY: UNKNOWN
                FIVE WEST 19TH STRE
                NEW YORK, NEW YORK
                1-646 472-1150
SEQ  DATE                 MINUTES
0001 05172004             NOTICE OF ENTRY


0001 06032004             STIPULATION OF SETTLEMENT


0001 06042004             JUDGMENT - SD 06/07/04


0001 07282004             NOTICE OF APPEAL #2012


0001 08102004             APPELLATE DIVISION RECEIPT #2012


0001 10052004             ORDER IAS PART 19 SEQ 010 DENIED


0001 11162004             LETTER



                            PAGE -    3
```

```
       CCOAMINI              SUPREME COURT - STATE OF NEW YORK       DATE: 08/03/2007
INDEX NO: 600664 2002   OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:52:00
PURCHASE: 02192002              CIVIL INDEX MINUTE BOOK INQUIRY

PLAINTIFF NAME: NORTHEAST RESTORATI    DEFENDANT NAME: BD OF MGRS 195 HUDS
        ATTORNEY: SESTI & ASSOCIATES,        ATTORNEY: UNKNOWN
                  FIVE WEST 19TH STRE
                  NEW YORK, NEW YORK
                  1-646 472-1150
SEQ  DATE                  MINUTES
0001 02192002              SUMMONS/NOTICE


0001 03202002              AFFIDAVIT OF SERVICE 3


0001 05022002              NOTICE OF APPEARANCE


0001 05062002              COMPLAINT


0001 05132002              NOTICE OF APPEARANCE & DEMAND FOR COM-
                           PLAINT.

0001 09162002              ENTRIES FROM 2/19/02 TO 5/13/02 CONSOL.
                           INTO 602171/00 PURSUANT TO ORDER FILED
                           8/29/02.  NG/JD
0001 02212003              ORDER IAS PART 19 SEQ 001 GRANTED


                              PAGE -   1
```

```
CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 08/03/2007
INDEX NO: 600664 2002 OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:52:08
PURCHASE: 02192002        CIVIL INDEX MINUTE BOOK INQUIRY


PLAINTIFF NAME: NORTHEAST RESTORATI   DEFENDANT NAME: BD OF MGRS 195 HUDS
       ATTORNEY: SESTI & ASSOCIATES,       ATTORNEY: UNKNOWN
                 FIVE WEST 19TH STRE
                 NEW YORK, NEW YORK
                 1-646 472-1150
SEQ  DATE                MINUTES
0001 02192002            SUMMONS/NOTICE


0001 03202002            AFFIDAVIT OF SERVICE 3


0001 05022002            NOTICE OF APPEARANCE


0001 05062002            COMPLAINT


0001 05132002            NOTICE OF APPEARANCE & DEMAND FOR COM-
                         PLAINT.

0001 09162002            ENTRIES FROM 2/19/02 TO 5/13/02 CONSOL.
                         INTO 602171/00 PURSUANT TO ORDER FILED
                         8/29/02.  NG/JD
0001 02212003            ORDER IAS PART 19 SEQ 001 GRANTED


                              PAGE -   1
```