LSK&D #: 523-7015 / 977623

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BOARD OF MANAGERS OF THE
195 HUDSON STREET CONDOMINIUM,    07 CIV 4058
                                  (PKL) (HBP)
                      Plaintiff,

      -against-                 JURY DEMAND

JEFFREY M. BROWN ASSOCIATES, INC.
and LEXINGTON INSURANCE COMPANY,

                   Defendants.
-----------------------------------------------------------------x

    Defendant Lexington Insurance Company demands a jury.

Dated:    New York, New York
            February 1, 2008

                              Yours, etc.

                              LESTER SCHWAB KATZ & DWYER, LLP

                              _____
                              Aaron Brouk (AB-3401)
                              Attorneys for Defendant
                              LEXINGTON INSURANCE COMPANY
                              120 Broadway
                              New York, New York 10271
                              (212) 964-6611

TO:

Judd Burstein, Esq.
JUDD BURSTEIN, P.C.
Attorneys for Plaintiff
1790 Broadway
Suite 1501
New York, New York 10019
(212) 974-2400

Howard Blum, Esq.
RIVELIS, PAWA & BLUM, LLP
Attorneys for Co-Defendant
JEFFREY M. BROWN ASSOCIATES, INC.
286 Madison Avenue, 14th Floor
New York, New York  10017
(212) 557-3000